DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KYLE BRANDON BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1141

_____

September 13, 2023

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Kyle Brandon Bell, pro se.


PER CURIAM.

   Affirmed.

SILBERMAN, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.